The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
(562) 904-6955 (562) 904-6965 Fax
JUDITH S. LELAND (State Bar No: 63747)
E-mail:  tracey@disabilitylawfirm.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DONNA TOMLINSON,

    Plaintiff,

       v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. CV 11-7705 RGK(SS)

[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND ONE HUNDRED DOLLARS ($3,100.00), as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated:  November 29, 2012     _____/S/_____
                       SUZANNE H. SEGAL
                       UNITED STATES MAGISTRATE JUDGE